

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2023

No. 04-23-00511-CR

Michael Adam **KOZITZKI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CR-11431
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 7, 2023.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2023.

_____
Michael A. Cruz, Clerk of Court